Argued February 28, affirmed February 28, 1973

STATE OF OREGON, *Respondent, v.* MIKE WAYNE NICHOLS (No. C 72-04-1391 Cr), *Appellant.*

506 P2d 727

*Robert C. Cannon,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.